The motion for new trial filed April 10, 1958, not having been acted upon was overruled by operation of law on April 30, 1958. Art. 755, Vernon's Ann.C.C.P.; Brinkley v. State, Tex.Cr.App., 320 S.W. 2d 855; Pruitt v. State, Tex.Cr.App., 310 S. W.2d 338; Barton v. State, Tex.Cr.App., 310 S.W.2d 90; Atkinson v. State, Tex.Cr. App., 299 S.W.2d 951; DeHay v. State, Tex.Cr.App., 294 S.W.2d 401; Mahan v. State, Tex.Cr.App., 288 S.W.2d 508.

This Court having held that Art. 768 V.A.C.C.P. as amended in 1957, requiring a sentence to be pronounced in a misdemeanor case, is invalid, the conviction herein became final when the motion for new trial was overruled. Barton v. State, Tex.Cr.App., 310 S.W.2d 90.

To confer jurisdiction upon this Court notice of appeal must be given during the term at which the conviction occurred. Art. 826, Vernon's Ann.C.C.P.; DeHay v. State, Tex.Cr.App., 294 S.W.2d 401; Pruitt v. State, Tex.Cr.App., 310 S. W.2d 338.

The appeal is dismissed.

DAVIDSON, Judge (dissenting).

I dissent to the dismissal of the appeal in this case for the reasons stated in the dissenting opinion in Brinkley v. State, Tex. Cr.App., 320 S.W.2d 855.

**Hubert BRANTLEY, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 30262.**

Court of Criminal Appeals of Texas.

Jan. 7, 1959.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White and Carol Vance, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is aggravated assault with a motor vehicle; the punishment, thirty days in jail and a fine of $250.

The record is in the same condition as Tex.Cr.App., 320 S.W.2d 825.

For the reasons therein stated, and upon the authorities therein cited, the appeal is dismissed.

DAVIDSON, Judge (dissenting).

I dissent to the dismissal of the appeal in this case for the reasons stated in the dissenting opinion in Brinkley v. State, Tex.Cr.App., 320 S.W.2d 855.